IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | NO. 16-271 |
| v. | : | |
| | : | CIVIL ACTION |
| WILLIAM JOSEPH BOYLE | : | NO. 18-4700 |

ORDER

AND NOW, this 11th day of December, 2018, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of the Government "declaring waiver of attorney-client privilege" and seeking to speak with defense counsel (Doc. # 42) is DENIED without prejudice.

BY THE COURT:

/s/ Harvey Bartle III
                                    J.