IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| | : | |
| WILLIAM JOSEPH BOYLE | : | NO. 16-271 |

ORDER

AND NOW, this 22nd day of August, 2022, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that the letter motion of defendant William Joseph Boyle for early termination of supervised release (Doc. # 57) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
_____
                        J.