```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | NO. 16-271 |
| WILLIAM JOSEPH BOYLE | | |

<u>ORDER</u>

AND NOW, this   22nd   day of March 2023, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that the letter motion of defendant William Joseph Boyle for early termination of supervised release (Doc. #63) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
_____
J.